**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **KAREN HAYNES**<br>***Plaintiff***<br><br>**V.**<br><br>**AMY SMITH**<br>***Defendant*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO.** 5:24-cv-00097 |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant, AMY SMITH pursuant to 28 U.S.C.A. §§ 1332, 1441 and 1446, and give notice to this Court of the removal of the case styled: Karen Hayes v. Amy Smith, Cause Number 2023CI24493 in the District Court, 438th Judicial District of Bexar County, Texas ("Lawsuit") to the United States District for the Western District of Texas, San Antonio Division, and respectfully show as follows:

**The Parties & Procedural History**

1. Karen Hayes filed her Original Petition styled: *Karen Hayes v. Amy Smit,* Cause Number 2023CI24493 in the 438th District Court, of Bexar County, Texas. In her Lawsuit, Plaintiff makes allegations of negligence against the Defendant and pleads "Plaintiff damages in aggregate exceeds $250,000. See Plaintiff's Original Petition included as Exhibit 1.

2. Defendant, AMY SMITH, was served in compliance with the Texas long-arm statute, Texas Civil Practice and Remedies Code, Chapter 17, Subchapter D with service on the Chair of the Texas Transportation Commission on December 1, 2023.

3. The State Court Petition alleges that Plaintiff, Karen Hayes is an individual who is a resident of Texas. The State Court Petition further alleges that Defendant AMY SMITH is a nonresident of the state of Texas. Defendant AMY SMITH is a resident of the state of Iowa.

**Removal Based on Diversity Jurisdiction**

4. Defendant file this Notice of Removal as required by 28 U.S.C § 1446, removing this case to the U.S. District Court for the Western District of Texas, San Antonio Division because it falls within this Court's diversity subject-matter jurisdiction under 28 U.S.C. § 1332.

5. Defendant's filing of this Notice of Removal is timely under 28 U.S.C. § 1446(b) because Plaintiff's Original Petition and citation in this action were first served on the Chair of the Texas Transportation Commission on December 1, 2023. They then served by certified mail on December 19, 2023.

6. Removal is proper because it is judicially admitted by Plaintiff that there is complete diversity between the Plaintiff and Defendant and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a):

a) Plaintiff's Original Petition states she is a resident of Bexar County, Texas.[1]

b) Plaintiff's Original Petition pleads and thereby judicially admits Defendant, AMY SMITH, is a non-resident of the state of Texas.

c) The amount in controversy exceeds $75,000, excluding interest, costs and attorneys' fees. *See* 28 U.S.C. § 1332(a).

**Venue is Proper**

[1] See Plaintiff's Original Petition included in Exhibit 1.

7. Venue of this removed action is proper in this Court because this district and division embrace the place where the state-court removed action has been pending. 28 U.S.C.A. §1441(a).

**No Waiver**

8. By virtue of this removal petition, Defendant does not waive her right to assert any claims, pleas, or motions, including, if any, pleas in abatement, motions to compel arbitration, and motions permitted by Rule 12 of the Federal Rules of Civil Procedure.

**Defendant Has Met the Other Requirements for Removal**

9. Defendant has complied with all applicable provisions of 28 U.S.C.A. §1441 *et seq.*, the applicable Federal Rules of Civil Procedure, and the Local Rules in this District. Defendant were first served with the Plaintiff's Original Petition through the Chair of the Texas Transportation Commission on December 1, 2023.Therefore, Defendants file this Notice of Removal within the 30-day time-period required by 28 U.S.C. §1446(b).

11. The filing fee of $402.00 has been tendered to the Clerk of the United States District Court for the Western District of Texas, San Antonio Division, along with the original Notice of Removal.

**Attachments**

12. Pursuant to 28 U.S.C. § 1446(a), attached are the following documents:

| | |
|---|---|
| All pleadings, process, orders and all filings in the State Court Action | Exhibit "A" |
| Copy the State Court Docket Sheet | Exhibit "B" |
| Index of matters being filed | Exhibit "C" |
| A list of all counsel of record, including addresses, telephone numbers and parties represented. | Exhibit "D" |
| A copy of the "Notice to State Court of Removal to Federal Court" | Exhibit "E" |

(without exhibits) that will be filed with the District Clerk of Bexar County, Texas.

**Notice to State Court**

13. Pursuant to 28 U.S.C. § 1446(d), Defendant shall promptly serve a copy of this Notice of Removal on Plaintiff and shall promptly file a copy of this Notice of Removal with the District Clerk of Bexar County, Texas. A copy of the "Notice to State Court of Removal to Federal Court" (without exhibits) that will be filed with the District Clerk of Bexar County, Texas is attached as Exhibit "E".

**WHEREFORE, PREMISES CONSIDERED,** Defendant, AMY SMITH, request that this action be removed from the 438TH Judicial District Court, Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

LAW OFFICES OF LAWRENCE & MARTINEZ

______________________________

HUGH HOWERTON
Federal ID Number 9173
State Bar Number 10117950
1100 NW Loop 410, Suite 370
San Antonio, Texas 78213
Telephone: 210-949-0166
Direct line: 210-390-3548
Facsimile: 855-949-1338
**ATTORNEY FOR DEFENDANT,**
**AMY SMITH**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January , 2024, I electronically filed the foregoing instrument with the Clerk of the Court using CM/ECF and hereby certify that I have faxed a copy of the above and foregoing, to the following non-CM/ECF participant:

Ruben Ramirez
State Bar Number 24089586
LONCAR LYON JENKINS
321 S. 12th Street
McAllen, Texas 78501
956.683.7777 Tel.
956.515.2906 Fax
rramirez@loncarlyonjenkins.com
***Attorney for Plaintiff, Karen Hayes***

HUGH HOWERTON